**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 287 WAL 2022

Respondent                   :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

v.                                :

                                     :

MATTHEW SCOTT GARDOPEE,         :

                                     :

Petitioner                   :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.